| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Raquel Antoniello<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7730<br>EIN: _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7   4/19/21 |
| Case number: | 21–13155–KCF | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Raquel Antoniello | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 15 Villanova Drive<br>Jackson, NJ 08527 | |
| 4. | **Debtor's attorney**<br>Name and address | William H. Oliver, Jr.<br>Oliver & Legg, LLC<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Contact phone 732–988–1500<br>Email: courtdocs@oliverandlegg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/20/21 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 14, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/13/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 21-13155-KCF
Raquel Antoniello                                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 4
Date Rcvd: Apr 20, 2021                      Form ID: 309A                                  Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raquel Antoniello, 15 Villanova Drive, Jackson, NJ 08527-2336 |
| 519186698 | + | Affinity Corp, c/o Josef G Saloman, 90 Bayard St., New Brunswick, NJ 08901-2194 |
| 519186704 | | Aspire Visa/Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 519186708 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6504 |
| 519186709 | | Barnabas Health Medical Group, c/o Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 519186707 | | Barnabas Health Medical Group, c/o Apex Asset Management LLC, 2501 Oregon Pike Ste. 102, Lancaster, PA 17601-4890 |
| 519186710 | | Best Buy, c/o CitiBank N.A., P. O. Box 209020, Brooklyn, NY 11220-9020 |
| 519186721 | + | CCO Mortgage Corp., Po Box 6260, Glen Allen, VA 23058-6260 |
| 519186723 | | Central Jersey Emerg Medicine Assoc PC, PO Box 7200, Freehold, NJ 07728-7200 |
| 519186722 | | Central Jersey Emerg Medicine Assoc PC, PO Box 3475, Toledo, OH 43607-0475 |
| 519186724 | + | Central Jersey Er Med Assoc, c/o AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 519186725 | + | Central Jersey Er Med Assoc, c/o AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 519186726 | + | Centrastate Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 519186727 | | Citizens, PO Box 42111, Providence, RI 02940-2111 |
| 519186730 | + | Comenity Bank, c/o The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 519186732 | + | Comenity Bank, c/o The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519186733 | + | Comenity Bank/The Bureaus Inc, c/o Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519186734 | | First Premier Bank/Premier Bankcard MC, c/o Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Ste. 200, Des Plaines, IL 60018-4501 |
| 519186735 | + | First Reliance Holdings/First Premier Ba, 1416 Sweet Home Rd # 7, Buffalo, NY 14228-2784 |
| 519186736 | + | First Reliance Holdings/First Premier Ba, c/o Radius Global Solutions, PO Box 390916, Minneapolis, MN 55439-0911 |
| 519186738 | + | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519186737 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519186740 | + | Fortiva Financial LLC, The Queen Building, Parkway #300, 5 Concourse, Atlanta, GA 30328-5350 |
| 519186739 | + | Fortiva Financial LLC, c/o Sequium Asset Solutions LLc, 1130 Northchase Parkway, Ste. 150, Marietta, GA 30067-6429 |
| 519186741 | + | Glenn Mass, Court Officer, Supiero Court of NJ - Special Civil Part, P.O. Box 312, Re: DC-006711-09, Toms River, NJ 08754-0312 |
| 519186743 | + | Greater Alliance FCU/Central Bergan FCU, 190 Main Street, Hackensack, NJ 07601-7312 |
| 519186745 | + | Kenneth McClelland, Cour Officer, PO Box 905, Re: DC-019079-08, Trenton, NJ 08605-0905 |
| 519186752 | | MTA Bridges and Tunnels, PO Box 15618, Wilmington, DE 19850-5618 |
| 519187316 | + | Marcos Campos, 561 Penn St, Perth Amboy, NJ 08861-3237 |
| 519186746 | | Middlesex County, Special Civil Part - DC-002551-95, P.O. Box 1146, 3rd Floor - Tower, New Brunswick, NJ 08903-1146 |
| 519186748 | + | Minuteclinic of New Jersey, Option 2, PO Box 8442, Belfast, ME 04915-8442 |
| 519186750 | + | Monmouth Medical Southern Campus, 600 River Ave., Lakewood, NJ 08701-5237 |
| 519186757 | + | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519186754 | | New Jersey E-ZPass, Violation Processing Center, PO Box 52005, Newark, NJ 07101-8205 |
| 519186755 | + | New Jersey E-Zpass Customer Service, PO Box 4973, Trenton, NJ 08650-4973 |
| 519186756 | + | New Jersey Turnpike Authority, Violations Processing Center, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519186758 | | Ocean County Superior Court, Special Civil Part - DC-002343-21, 118 Washington Street, Room 121, P.O. Box 2191, Toms River, NJ 08754-2191 |
| 519186760 | | Ocean County Superior Court, Special Civil Part - DC-006711-09, 118 Washington Street, Room 121, P.O. Box 2191, Toms River, NJ 08754-2191 |
| 519186759 | | Ocean County Superior Court, Special Civil Part - DC-019079-08, 118 Washington Street, Room 121, P.O. Box 2191, Toms River, NJ 08754-2191 |
| 519186761 | | PA Turnpike, Toll By Plate Appeal, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519186763 | | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 519186762 | | PA Turnpike Toll By Plate, c/o PAM-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519186764 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 519186765 | | Premier Bank Card/First Premier Bank, c/o Asset Recovery Solutions LLC, 2200 E. Devon Ave., Ste. 200, Des Plaines, IL 60018-4501 |
| 519186768 | + | Princeton Radiology Associates, 3674 Route 27, Suite D, Kendall Park, NJ 08824-1002 |

Case 21-13155-KCF    Doc 5    Filed 04/22/21    Entered 04/23/21 00:15:23    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: 309A | Total Noticed: 90 |

| | | |
|---|---|---|
| 519186770 | | Princeton Radiology Associates PA, PO Box 1690, Manitowoc, WI 54221-1690 |
| 519186771 | + | Quality Laboratory Services, 2124 Morris Ave., Union, NJ 07083-6042 |
| 519186775 | + | Target/TD Bank USA, NA, c/o Lyons Doughty & Veldhuis, PC, Attn: Keith R. Esposito, Esq., 136 Haither Dr., Ste. 100, Mount Laurel, NJ 08054-2239 |
| 519186777 | + | Tender Smiles 4 Kids of Monmouth, 122 Professional View Dr., Pond View Prof Park, Bldg 100, Freehold, NJ 07728-7902 |
| 519186780 | + | The Port Authority fo NY & NJ, Newark Liberty International Airport, Bldg. 70 Brewster Road, Newark, NJ 07114-3722 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: courtdocs@oliverandlegg.com | Apr 20 2021 21:00:00 | William H. Oliver, Jr., Oliver & Legg, LLC, 2240 State Highway 33, Suite 112, Neptune, NJ 07753 |
| tr | + | EDI: BADOBIN.COM | Apr 21 2021 00:28:00 | Andrea Dobin, McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2021 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519186699 | + | EDI: RMSC.COM | Apr 21 2021 00:18:00 | Amazon, c/o Synchrony Bank, Po Box 960061, Orlando, FL 32896-0061 |
| 519186701 | + | EDI: PRA.COM | Apr 21 2021 00:28:00 | Amazon/Synchrony Bank, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519186703 | + | EDI: MID8.COM | Apr 21 2021 00:28:00 | Aspire Visa, c/o Midland Funding LLC, 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 519186705 | | EDI: BANKAMER.COM | Apr 21 2021 00:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519186706 | | EDI: BANKAMER.COM | Apr 21 2021 00:18:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519186712 | + | EDI: PRA.COM | Apr 21 2021 00:28:00 | Best Buy/Citibank N.A., c/o Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519186711 | + | EDI: PRA.COM | Apr 21 2021 00:28:00 | Best Buy/Citibank N.A., c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519186713 | + | EDI: PRA.COM | Apr 21 2021 00:28:00 | Best Buy/Citibank N.A., c/o Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519186714 | + | Email/Text: BKRMailOps@weltman.com | Apr 20 2021 21:01:00 | Best Buy/Citibank N.A./Portfolio Recover, c/o Weltman Weinberg & Reis Co., LPA, 3705 Marlane Dr., Grove City, OH 43123-8895 |
| 519186719 | + | EDI: CITICORP.COM | Apr 21 2021 00:28:00 | CBNA/Home Depot, c/o Citi Cards Private Label Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519186720 | | Email/Text: MortgageBKSupport@citizensbank.com | Apr 20 2021 21:01:00 | CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 519186729 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 20 2021 21:00:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 519186728 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 20 2021 21:00:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 519186715 | + | EDI: CAPITALONE.COM | Apr 21 2021 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-13155-KCF    Doc 5    Filed 04/22/21    Entered 04/23/21 00:15:23    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: 309A | Total Noticed: 90 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 519186716 | + EDI: CAPITALONE.COM | Apr 21 2021 00:28:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519186717 | Email/Text: mediamanagers@clientservices.com | Apr 20 2021 21:00:00 | Capital One Bank USA NA, c/o Client Services, Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 519186718 | + EDI: CAPITALONE.COM | Apr 21 2021 00:28:00 | Capital One Bank USA NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519186731 | EDI: WFNNB.COM | Apr 21 2021 00:28:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 519186742 | + Email/Text: siegellaw100@yahoo.com | Apr 20 2021 21:00:00 | Greater Alliance FCU/Central Bergan FCU, c/o Barry I. Siegel, Esq., 530 Sylvan Ave., Englewood Cliffs, NJ 07632-3044 |
| 519186744 | + EDI: CITICORP.COM | Apr 21 2021 00:28:00 | Home Depot, c/o CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519186702 | EDI: JEFFERSONCAP.COM | Apr 21 2021 00:28:00 | Aspire, Payment Processing, P. O. Box 23063, Columbus, GA 31902-3063 |
| 519186700 | EDI: JPMORGANCHASE | Apr 21 2021 00:18:00 | Amazon Cardmember Services, P.O. Box 15153, Wilmington, DE 19886 |
| 519186751 | Email/Text: bankruptcydepartment@tsico.com | Apr 20 2021 21:02:00 | MTA Bridges & Tunnels, c/o Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 519186747 | + Email/Text: bankruptcydepartment@tsico.com | Apr 20 2021 21:02:00 | Minuteclinic of New Jersey, c/o Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 519186749 | EDI: IIC9.COM | Apr 21 2021 00:28:00 | Monmouth Medical Southern Campus, c/o IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519186753 | EDI: CCS.COM | Apr 21 2021 00:28:00 | New Jersey E-ZPass, c/o CCS, Attn: Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519186767 | + Email/Text: ebn@americollect.com | Apr 20 2021 21:01:00 | Princeton Radiology Associates, c/o Americollect, 1851 S Alverno Road, Manitowoc, WI 54220-9208 |
| 519186766 | + Email/Text: ebn@americollect.com | Apr 20 2021 21:01:00 | Princeton Radiology Associates, c/o Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54220-9208 |
| 519186769 | + Email/Text: ebn@americollect.com | Apr 20 2021 21:01:00 | Princeton Radiology Associates PA, c/o Americollect, Inc., 1851 S. Alverno Rd., Manitowoc, WI 54220-9208 |
| 519186773 | + EDI: WTRRNBANK.COM | Apr 21 2021 00:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519186772 | + EDI: WTRRNBANK.COM | Apr 21 2021 00:28:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519186774 | EDI: WTRRNBANK.COM | Apr 21 2021 00:28:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 519186776 | EDI: CONVERGENT.COM | Apr 21 2021 00:28:00 | Tender Smiles 4 Kids of Monmouth, c/o Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 519186778 | + EDI: CITICORP.COM | Apr 21 2021 00:28:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519186779 | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 20 2021 21:00:00 | The Port Authority fo NY & NJ, c/o AllianceOne Receivables Mngmt Inc., PO Box 3100, Southeastern, PA 19398-3100 |
| 519186781 | EDI: WFNNB.COM | Apr 21 2021 00:28:00 | Wayfair Cards, c/o Comenity, PO Box 659617, San Antonio, TX 78265-9617 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: 309A | Total Noticed: 90 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Raquel Antoniello  courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 3