| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Marisa M. Cohen, Esq. (Atty. I.D.#MMC017032001)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Citizens Bank, N.A. | |
| In Re: <br><br> Raquel Antoniello <br>     Debtor | Case No.: 21-13155-KCF <br> Chapter: 7 <br> Judge: Kathryn C. Ferguson |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Citizens Bank, N.A.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    McCABE, WEISBERG & CONWAY, LLC
216 Haddon Avenue
Suite 201
Westmont, NJ 08108

DOCUMENTS

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:  5/3/2021                              */s/*  Marisa M. Cohen, Esq.
                                                           Signature

*new.8/1/15*