| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** **By: Marisa M. Cohen, Esq. (Atty. I.D.#MMC017032001)** **216 Haddon Avenue, Suite 201** **Westmont, NJ 08108** **856-858-7080** Attorneys for Movant: Citizens Bank, N.A. | |
| IN re: Raquel Antoniello     Debtor | Case No.: 21-13155-KCF Chapter: 7 Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Christine LoRusso:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Marisa M. Cohen, Esq., who represents the Movant in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 3, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Appearance and Demand For Service of Papers
   - Certification of Service
   - Proposed Order
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  May 3, 2021                                         /s/ Christine LoRusso
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Raquel Antoniello<br>15 Villanova Drive<br>Jackson, NJ 08527 | Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| William H. Oliver, Jr.<br>Oliver & Legg, LLC<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Chapter 7 Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice  Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*