21-200082
**McCABE, WEISBERG & CONWAY, P.C.**
**By: Lauren M. Moyer, Esq., (Atty. I.D.# LMM2332)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**(856) 858-7080**
Attorneys for Movant: Citizens Bank, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Trenton Vicinage**

| | |
|---|---|
| IN RE:  Raquel Antoniello | Case No.: 21-13155-KCF |
| Debtor | Chapter:  7 |
| | Judge:  Kathryn C. Ferguson |
| | NOTICE OF MOTION FOR RELIEF FROM THE  AUTOMATIC STAY |

TO:

Raquel Antoniello
15 Villanova Drive
Jackson, New Jersey 08527

William H. Oliver, Jr.
Oliver & Legg, LLC
2240 State Highway 33
Suite 112
Neptune, New Jersey 07753

Andrea Dobin
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DEAR SIRS AND MADAMS:

PLEASE TAKE NOTICE that on June 1, 2021 at 10:00 a.m., or as soon as counsel may be heard, the undersigned attorney for the secured creditor, **Citizens Bank, N.A.**, will move before the United States Bankruptcy Court, District of New Jersey, for an Order Vacating the Automatic Stay with respect to property known as 15 Villanova Drive, Jackson, New Jersey 08527, to commence or continue its foreclosure action, by reason of the failure of the Debtor to make regular monthly mortgage payments and lack of equity in the subject property.

PLEASE TAKE FURTHER NOTICE that if you wish to contest this motion, you must file a written response with the Clerk of the Bankruptcy Court and serve a copy of the responding papers upon the undersigned at least seven (7) days before the date of the hearing.

PLEASE TAKE FURTHER NOTICE that the moving party avers that no brief is necessary as the matter does not involve complex legal issues.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby waives oral argument and relies upon the Certifications in support of this motion unless the matter is contested.

Date: May 5, 2021

McCABE, WEISBERG & CONWAY, LLC

　 */s/* Lauren M. Moyer
Lauren M. Moyer, Esquire