| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Citizens Bank, N.A. | |
| IN re:<br><br>Raquel Antoniello<br>      Debtor | Case No.: 21-13155-KCF<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF COUNSEL
## IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY
## PURSUANT TO 11. U.S.C. §362

The undersigned, attorney for Movant, Citizens Bank, N.A., does hereby certify:

1. I am an attorney at law of the State of New Jersey and an associate with the law firm of McCabe, Weisberg & Conway, LLC.

2. Movant is Citizens Bank, N.A.

3. Debtor is the owner of premises, hereinafter known as the mortgaged premises, located at: 15 Villanova Drive, Jackson, New Jersey 08527.

4. Debtor filed the instant Chapter 7 case on April 19, 2021.

5. Movant is the holder of a mortgage which is a first lien on the mortgaged premises. A copy of said mortgage is attached hereto.

6. Movant has instituted or wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payments required thereunder.

7. The foreclosure proceedings filed or to be instituted were stayed by the filing of the instant Chapter 7 Petition.

8. Debtor is in default of the mortgage to the present date from February 2020.

9.  The total amount of the debt as of May 7, 2021 is $310,213.35. A detailed breakdown of said sum is set forth in the Certification Regarding Calculation of Amounts Due filed herewith.

10. Movant is entitled to relief from the automatic stay Section 362(A) of the code because of the foregoing default and because (a) adequate protection of the interest of Movant is lacking; and (b) Debtor has inconsequential or no equity in the premises, which is not necessary to an effective reorganization or plan.

11. Movant requests relief from the stay for cause to allow Movant to proceed with its state law remedies up to and including eviction proceedings.

12. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: May 5, 2021

McCABE, WEISBERG & CONWAY, LLC

　/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire