UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Citizens Bank, N.A. | |
| IN re:<br><br>Raquel Antoniello<br>     Debtor | Case No.: 21-13155-KCF<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

**D.N.J. LBR 9013-1 STATEMENT AS TO WHY NO BRIEF IS NECESSARY:**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**PURSUANT TO 11. U.S.C. §362**

The undersigned, attorney for Movant, Citizens Bank, N.A. ("Creditor"), does hereby certify:

1. No brief is necessary as Creditor's Motion for Relief from Automatic Stay does not involve complex legal issues.

Date: May 5, 2021

                                                McCABE, WEISBERG & CONWAY, LLC

                                                */s/* Lauren M. Moyer
                                                Lauren M. Moyer, Esquire

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Citizens Bank, N.A. | |
| IN re: <br><br> Walter W. Gilligan dba Walt Gilligan Photography, LLC <br>         Debtor | Case No.: 20-20364-KCF <br> Chapter: 7 <br> Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1.  I, Christina Burns:

    ❏ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Lauren M. Moyer, Esq., who represents the Movant in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2.  On October 29, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Statement as to Why No Brief is Necessary – Motion for Relief from Automatic Stay
    - Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Dated:    October 29, 2020                                                    /s/ Christina Burns
                                                                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walter W. Gilligan dba Walt Gilligan Photography, LLC<br>260 Brass Castle Road<br>Oxford, New Jersey 07863 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Alexander J. Rinaldi<br>Salny, Redbord and Rinaldi<br>9 Eyland Avenue at Route 10<br>Succasunna, New Jersey 07876<br>lisar@srr-law.com | Attorney for Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Bruce Atkinson<br>Bruce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, New Jersey 07762 | Chapter 7 Trustee | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee, One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.4/24/12